CHARLES STUECK, as President of the Welfare Association of Grumman Aircraft Engineering Corporation, Respondent, v. DRINCUP VENDORS, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 1010.] Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

HARRY WILTON, Respondent, v. GOETEL RADISH et al., Appellants, et al., Defendants.— Motion for reargument and to resettle order denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 974.] Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

JIM DALAS, Respondent, v. EDWARD J. GERE, Doing Business as NASSAU GRILL, Appellant, et al., Defendants.— Order granting plaintiff's motion to open his default in appearing in opposition to a motion to dismiss the action for lack of prosecution, et cetera, reversed on the law and the facts, with ten dollars costs and disbursements, and the motion denied, without costs, with leave to plaintiff to renew the motion within ten days after the entry of the order hereon, if he be so advised. There was no showing that the neglect to bring the action to trial was not unreasonable, within the meaning of rule 156 of the Rules of Civil Practice. Hence the motion should not have been granted. Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent v. EMIL J. SONDER- LICK, Appellant, et al., Defendants.— In an action to foreclose a mortgage, defendant Sonderlick appeals from an order denying his motion to vacate an extended receivership. Order affirmed, with ten dollars costs and disbursements. No opinion. The appeal from the order herein granting plaintiff's motion for summary judgment is dismissed simultaneously herewith. (See *Emigrant Industrial Savings Bank v. Sonderlick, ante,* p. 764.) Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

ANNA HANDELMAN, Plaintiff, NATHAN HANDELMAN, Respondent-Appellant, and SHELTON PAINTING CORPORATION, Respondent, v. HENRY WEISSBRODT et al., Appellants-Respondents.— Cross appeals from an interlocutory judgment directing an accounting. Judgment unanimously affirmed, without costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Estate of OLAF J. AXMAN, Deceased. IRMA AXMAN, as Administratrix, Appellant; PHILIP J. LEVINE, an Attorney, Respondent.— Appeal from order of the Richmond County Surrogate's Court fixing compensation of attorney pursuant to Surrogate's Court Act, section 231-a. Order affirmed, without costs. No opinion. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Substituted Trustee under the Will of AMELIA B. SHERMAN, Deceased, Respondent. WALTER J. CARLIN, as Special Guardian for DIANA J. BOYER et al., Infants, Appellant; WILLIAM W. LOWELL, as Administrator c. t. a. of EDMUND L. MOONEY, Deceased, et al., Respondents.— Appeal from a decree of the Kings County Surrogate's Court construing a provision in a will directing payment of the corpus of a trust fund to the "lawful descendants" of the life beneficiary and providing for a stirpital distribution. Decree unanimously affirmed, with costs to all parties appearing and filing briefs, payable out of the estate. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.